Opinion issued June 5, 2008














 

Opinion issued June 5, 2008

 

 

 

 

 








 

     

 

 

 

 

 

In The

Court of Appeals

For The

First District of Texas

 

 

No.    01-07-00905-CV

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 



ECONOMIC AIR S.A. DE C.V., Appellant

 

V.

 

ANITA JACOBS, Appellee

 

 

 



On Appeal from the 311th District Court

Harris County, Texas

Trial Court Cause No. 2003-67787

 

 

 



MEMORANDUM OPINION

 

           Appellant and appellee have jointly moved to
dismiss, declaring that they no longer desire to prosecute this appeal.  Accordingly, we grant the motion and order
that the appeal be dismissed.

 

 

 

                                                                   Jane Bland

                                                                   Justice

 

Panel consists of Chief Justice
Radack and Justices Jennings and Bland.